IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Macklin, Tony D

Printed: 1/29/08

Case Number: 06 B 04890
Judge: Wedoff, Eugene R
Filed: 5/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: August 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,723.63 |  |
| Secured: |  | 2,003.24 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,535.73 |
| Trustee Fee: |  | 184.66 |
| Other Funds: |  | 0.00 |
| Totals: | 3,723.63 | 3,723.63 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 2,274.00 | 1,535.73 |
| 2. | HSBC Auto Finance | Secured | 17,873.67 | 2,003.24 |
| 3. | Capital One | Unsecured | 551.60 | 0.00 |
| 4. | Jefferson Capital | Unsecured | 75.18 | 0.00 |
| 5. | Capital One | Unsecured | 515.32 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 1,491.83 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 2,060.80 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 129.45 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 183.70 | 0.00 |
| 10. | B-Line LLC | Unsecured | 318.49 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 121.85 | 0.00 |
| 12. | Oxford Management Services | Unsecured |  | No Claim Filed |
| 13. | Receivables Performance | Unsecured |  | No Claim Filed |
| 14. | Oxford Management Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,595.89 | $ 3,538.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 11.17 |
| 5% | 20.22 |
| 4.8% | 120.01 |
| 5.4% | 33.26 |
|  | _____ |
|  | $ 184.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Macklin, Tony D | Case Number:  06 B 04890 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/29/08 | Filed:  5/2/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

